**FILED**

APR 1 6 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sheronne Elaine Wilson,      )
                             )
          Petitioner,        )
                             )
     v.                      )      Civil Action No.  **12 0602**
                             )
Joe Keffer,                  )
                             )
          Respondent.        )

MEMORANDUM OPINION

Petitioner, proceeding *pro se*, has submitted a form captioned "Petition for Writ of Habeas Corpus by a Person in Custody in the District of Columbia," but she is incarcerated at the Federal Medical Center in Fort Worth, Texas. Petitioner identifies the challenged sentence as one supposedly imposed by "Washington, DC Surprem [sic] Court," but there is no such court. Furthermore, the petition is devoid of any grounds for relief and supporting facts. *See* Pet. at 5-6. Hence, this wholly insubstantial action will be dismissed. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: April __4__, 2012

